UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KECIA KEMP,<br><br>                    Plaintiff,<br><br>          -against-<br><br>NYC DEPARTMENT OF HEALTH AND MENTAL HYGIENE; NYC DEPARTMENT OF CITYWIDE ADMINISTRATION SERVICES; NYC HEALTH AND HOSPITALS CORPORATION,<br><br>                    Defendants. | 21-CV-0579 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 29, 2022, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed as barred by the doctrine of claim preclusion and under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 29, 2022
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge